UNITED STATES OF AMERICA

U.S. DISTRICT COURT—EASTERN DISTRICT OF MICHIGAN

ARTHUR COFFEE,
Plaintiff

CASE NO. 15-14378

vs.

HON. BERNARD A. FRIEDMAN

RPM AUTO SALES, INC.,
    Defendant
_____/

| ADAM G. TAUB & ASSOCIATES | DOERR & MCANDREW, P.C. |
|---|---|
| CONSUMER LAW GROUP, PLC | BY: PETER M. DOERR (P-28681) |
| BY: ADAM G. TAUB (P-48703) | BRETT T. MCANDREW (P-74900) |
| Attorney for Plaintiff | KATIE R. JORY (P-78698) |
| 17200 West Ten Mile Rd., Ste. 200 | Attorney for Defendant |
| Southfield, MI 48075 | 11500 N. Saginaw St. |
| (248) 746-3790 | Mt. Morris, MI 48458 |
| adamgtaub@clgplc.net | (810) 686-7030 |
| | peter@doerrpc.com |

_____/

**STIPULATION AND ORDER:**
**A.    DISMISSING WITHOUT PREJUDICE AND WITHOUT COSTS.**
**B.    REFERRING CASE TO ARBITRATION;**
**C.    TOLLING STATUTE OF LIMITATIONS; AND**
**D.    PROVIDING FOR REOPENING OF CASE FOR ENTRY OF JUDGMENT.**

    Plaintiff filed his Complaint on December 18, 2015; and

    The parties entered into an Automobile Sales Arbitration Agreement at the time of the transaction referred to in Paragraph 9 of Plaintiff's Complaint ("**Arbitration Agreement**"); and

    The parties by their attorneys having stipulated below,

**IT IS ORDERED** as follows**:**

1. That this matter is dismissed without prejudice and without costs, subject to reopening for entry of judgment, if any, as provided in **Paragraph 4**.

2**.** That this matter is hereby referred to arbitration in accordance with the Arbitration Agreement which is incorporated by reference.

3. That the applicable statute of limitations is tolled during the arbitration process.

4. That upon motion of the prevailing party, this case may be reopened for entry of judgment based upon the arbitration award.

5. That this order resolves the last pending issue.


Date:  February 26, 2016                             s/ Bernard A. Friedman_____
                                                     Hon. Bernard A. Friedman
                                                     U.S. District Court Judge

Stipulated and Agreed:

s/Adam G Taub_____
Adam G. Taub
Attorney for Plaintiff

s/Peter M Doerr_____
Peter M. Doerr
Attorney for Defendant